*Robert L. Turk* for appellant.

*Robert L. Redfield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.

---

THOMAS ROTHMANN, Appellant, *v.* INTERBOROUGH RAPID
TRANSIT COMPANY et al., Respondents.

*Rothmann* v. *Interborough Rapid Transit Co.*, 155 App. Div. 192
affirmed.

(Argued June 14, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 27, 1913, upon an order reversing a judg-
ment in favor of plaintiff entered upon a decision of the
court on trial at Special Term and directing a dismissal of
the complaint in an abutting owner's action to restrain the
operation of an elevated railroad in front of his premises
and for damages. The question upon appeal was whether
from the undisputed facts, defendants have acquired the
right by prescription to maintain and operate the
railroad.

*Arthur Furber* and *I. E. Bermant* for appellant.

*J. Osgood Nichols, Alfred Ely* and *James L. Quack-
enbush* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COL-
LIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.